IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERK'S OFFICE U.S. DIST COURT
AT ABINGDON, VA
FILED
MAR 19 2007
JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

| | |
|---|---|
| CAROL A. MUTTER, | |
| Plaintiff, | Case No. 1:05CV00114 |
| v. | **FINAL JUDGMENT** |
| COMMISSIONER OF SOCIAL SECURITY, | By: James P. Jones<br>Chief United States District Judge |
| Defendant. | |

No objections to the report and recommendations of the magistrate judge having been filed, it is **ADJUDGED AND ORDERED** as follows:

1. The magistrate judge's report and recommendations are accepted;

2. The motions for summary judgment by the parties are is denied;

3. The Commissioner's decision denying the plaintiff benefits is vacated and the case is **remanded** to the Commissioner pursuant to "sentence four" of 42 U.S.C. § 405(g) for further consideration of the plaintiff's mental residual functional capacity and resulting ability to work; and

4. The clerk is directed to close the case.

ENTER: March 19, 2007

/s/ James P. Jones
Chief United States District Judge